THE STAR COMPANY, a New Jersey corporation, complainant-appellant,

*v.*

MONTCLAIR TRUST COMPANY, a New Jersey corporation, defendant-respondent.

[Argued October term, 1947.  Decided January 29th, 1948.]

*Messrs. Carpenter, Gilmour & Dwyer (Mr. James D. Carpenter, Jr.,* and *Mr. Arthur T. Vanderbilt,* of counsel), for the appellant.

*Messrs. Boyd, Dodd, Keer & Booth (Mr. Ernest F. Keer, Jr.,* and *Mr. Waldron M. Ward,* of counsel), for the respondent.

PER CURIAM.

This case was orally argued with No. 213, October term, 1947, *Montclair Trust Co.* v. *The Star Co.,* and our consideration thereof and of the proofs and briefs leads us to conclude that the bill of complaint was properly dismissed. Our criticism of the form of decree will be found in No. 213 and need not be restated.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.  12.

*For reversal*—None.